PORTER, SCOTT, WEIBERG & DELEHANT
A Professional Corporation
Jennifer E. Duggan, SBN 183833
Ryan C. Wood, SBN 232267
350 University Avenue, Suite 200
Sacramento, California 95825
(916) 929-1481
(916) 927-3706 (facsimile)

Attorney For Defendants
COUNTY OF SACRAMENTO, SACRAMENTO COUNTY SHERIFF'S DEPARTMENT SHERIFF LOU BLANAS, SACRAMENTO MAIN JAIL COMMANDER MARK IWASA and JOHN O'SHAUGHNESSY, CHIEF OF CORRECTIONAL HEALTH SERVICES

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER HEINES,<br><br>        Plaintiff,<br><br>vs.<br><br>COUNTY OF SACRAMENTO; Sacramento County Sheriff's Department Sheriff LOU BLANAS; Sacramento Main Jail Commander MARK IWASA and JOHN O'SHAUGHNESSY, Chief of Correctional Health Services and DOES I through XL, inclusive<br><br>        Defendants. | Case No. CIV.S-04-2016 WBS GGH<br><br>**[PROPOSED] ORDER** |

Good Cause appearing therefore,

IT IS HEREBY ORDERED that the Dismissal With Prejudice is granted.

IT IS SO ORDERED.

Dated: August 30, 2005

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1

0038298.wpd